UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW LAWRENCE,

Defendant.

**ORDER**

21 Cr. 127 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will respond to Defendant Andrew Lawrence's Motion to Dismiss (Dkt. No. 12) by **May 4, 2021.** Any reply will be filed within ten days of the Government's response.

The conference scheduled for April 22, 2021 is adjourned sine die.

Dated: New York, New York
April 20, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge