**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2021

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul L. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: May 6, 2021

Re:   **United States v. Andrew Lawrence**
      **21 Cr. 127 (PGG)**

Dear Judge Gardephe,

    On January 29, 2021, Mr. Lawrence was presented on the instant charges and released on his own signature. Since then, he has been out on bail, and his conditions include home detention with electronic monitoring.

    We write to request that the Court grant Mr. Lawrence permission to go out to dinner with his family on Saturday, May 8, to celebrate Mother's Day and his birthday, from 6:30 - 9:30 p.m., plus travel time.

    Pretrial Services by Officer Jonathan Lettieri confirms that Mr. Lawrence is in compliance with his bail conditions, but per office policy, Pretrial opposes all leave requests for social functions for defendants on home detention. The Government by Assistant United States Attorney Andrew Jones takes no position on this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729


cc:   Pretrial Officer Jonathan Lettieri (by email)
      A.U.S.A. Andrew Jones