UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW LAWRENCE,

                Defendant.

**ORDER**

21 Cr. 127 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will hear oral argument on Defendant's motion to dismiss (Dkt. No. 12) on **June 22, 2021, at 12:30 p.m.** The hearing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 9, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge