UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW LAWRENCE,

               Defendant.

**ORDER**

21 Cr. 127 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The hearing scheduled for June 22, 2021 is adjourned to **July 7, 2021 at 2:00 p.m**.

Dated: New York, New York
       June 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge