**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2021

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York NY 10007

MEMEO ENDORSED:
The oral argument scheduled for July 7, 2021 is adjourned to **July 19, 2021 at 12:00 p.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: July 3, 2021

Re:   **United States v. Andrew Lawrence
21 Cr. 127 (PGG)**

Dear Judge Gardephe,

    I write to request that Court adjourn the oral argument in the above-captioned case, which is currently scheduled for Wednesday, July 7, 2021.  See Dkt. No. 24.  Due to another scheduling conflict, I am unable to attend court in person on that date.

    I understand that the Court is available on July 19, and the government and my client are as well.  We therefore request the appearance be rescheduled for that date.

    The government, by Assistant United States Attorney Andrew Jones, consents to this request.  Given the nature of this application, the defense consents to an exclusion of time under the Speedy Trial Act until the new date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729