UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW LAWRENCE,

               Defendant.

**ORDER**

21 Cr. 127 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A status conference will be held in this matter on **Tuesday, October 5, 2021 at 10:00 a.m.**

      Upon the application of the United States of America, by and through Assistant United States Attorney Andrew Jones, and with consent of Andrew Lawrence, by and through his counsel Sylvie Levine, the time from August 9, 2021 through October 5, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Government and the Defendant time to discuss a potential pretrial disposition.

      The conference will proceed by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties lines. Seven days before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with

the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       August 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2