UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

ANDREW LAWRENCE,

               Defendant.

**ORDER**

21 Cr. 127 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A plea hearing will be held as to the Defendant on **December 3, 2021 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         November 9, 2021

                                                SO ORDERED.

                                                Paul G. Gardephe
                                                United States District Judge