**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: February 3, 2022

Re:   **United States v. Andrew Lawrence**
      **21 Cr. 127 (PGG)**

Dear Judge Gardephe,

    Mr. Lawrence is currently on home detention as part of his bail conditions. Mr. Lawrence's great uncle died and he wishes to attend the funeral tomorrow, Friday, February 4, 2022, from 4 to 7 pm. The address of the funeral home has been provided to Pretrial Services. We write to seek the Court's permission for Mr. Lawrence to attend the funeral. If approved, a schedule will be set by Pretrial.

    Pretrial Services by Officer Jonathan Lettieri and the Government by Assistant United States Attorney Andrew Jones both have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729


cc:   Pretrial Officer Jonathan Lettieri (by email)
      A.U.S.A. Andrew Jones