**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 7, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York NY 10007

Re:   **United States v. Andrew Lawrence**
      **21 Cr. 127 (PGG)**

Dear Judge Gardephe,

    Mr. Lawrence is currently on home detention as part of his bail conditions. His son turns 7 years old today. We write to request that Mr. Lawrence be permitted to leave the house for 2 hours tomorrow (plus travel time) to take his son out for a birthday meal.

    The government by Assistant United States Attorney Andrew Jones has no objection to this request. Pretrial Services by Officer Jonathan Lettieri objects to all leave requests for social events for defendants on home detention, per office policy. He clarified that this position is not specific to Mr. Lawrence and that Mr. Lawrence has been compliant with his conditions of pretrial release.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: March 7, 2022

cc:   Pretrial Officer Jonathan Lettieri (by email)
      A.U.S.A. Andrew Jones