**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York NY 10007

Re:   **United States v. Andrew Lawrence**
      **21 Cr. 127 (PGG)**

Dear Judge Gardephe,

    I write to respectfully request that the Court adjourn Mr. Lawrence's sentencing, and the corresponding filing deadlines, for approximately two weeks. Undersigned counsel has a scheduling conflict that emerged for the week of July 25, when Mr. Lawrence's sentencing was supposed to be held. I apologize for not making this application in a more timely manner.

    The Government, by Assistant United States Attorney Andrew Jones, consents to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
212-417-8729